UNANIMOUS CONSENT OF SOLE MEMBER, OFFICER, AND DIRECTOR
OF , IN LIEU OF MEETING
(Pursuant to N.J.S.A. 14A:6-7.1(5))

The undersigned, being the sole member, officer, and director of **Lollipop Rentals, LLC,** (hereinafter referred to as the "Company") a limited liability company of the State of New Jersey, consent to and authorize the following, without a meeting:

NOW, THEREFORE, be it RESOLVED that:

1. The Company is hereby authorized to file a Subchapter V Small Business bankruptcy proceeding under Chapter 11 of the United States Bankruptcy Code.

2. The Company hereby authorizes **Antoine Gardiner** to execute all necessary documents and perform all necessary acts to file and continue the bankruptcy proceeding under Chapter 11 of the United States Bankruptcy Code on behalf of the Company.

3. The Company is hereby authorized and directed to employ Robert A. Loefflad, Esquire, and the Law Firm of KingBarnes, LLC, to represent the Company in such bankruptcy case.

Dated: August ___, 2026

08 / 18 / 2026

Antoine Gardiner
President and Sole Member of
Lollipop Rentals, LLC

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Corporate Resolution.pdf |
| **File name** | Corporate%20Resolution.pdf |
| **Document ID** | 552843e9d142eb6ea6f902d5fcc96896925df432 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **08 / 18 / 2026** 20:04:13 UTC | Sent for signature to Antoine Gardiner (gard701@gmail.com) by services@clio.com acting on behalf of rloefflad@king-barnes.com IP: 69.141.203.190 |
| VIEWED | **08 / 18 / 2026** 20:07:28 UTC | Viewed by Antoine Gardiner (gard701@gmail.com) IP: 107.115.17.84 |
| SIGNED | **08 / 18 / 2026** 20:07:54 UTC | Signed by Antoine Gardiner (gard701@gmail.com) IP: 107.115.17.84 |
| COMPLETED | **08 / 18 / 2026** 20:07:54 UTC | The document has been completed. |

Powered by Dropbox Sign