I. Dominic Simeone, Esq. (Atty. ID #006911991)
**SIMEONE & RAYNOR, LLC**
1522 Route 38
Cherry Hill, NJ 08002
dsimeone@srnjlawfirm.com - Email
(856) 663-6700
(856) 663-6701 - Facsimile

---

**ATTORNEYS FOR 141 EAST WILDWOOD AVENUE CONDOMINIUM ASSOCIATION**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN RE:**

**LOLLIPOP RENTALS, LLC** **CASE NO. 26-19892-ABA**

**Debtor** **CHAPTER 11**

---

**OBJECTION TO CONFIRMATION OF PLAN**

**141 EAST WILDWOOD AVENUE CONDOMINIUM ASSOCIATION**, a secured creditor of the debtor, **LOLLIPOP RENTALS, LLC**, hereby objects to the entry of an order of confirmation of the debtor's plan, on the following grounds:

1. The debtor, Lollipop Rentals, LLC, is the owner of 141 E. Wildwood Ave., Units 100, 101, and 102, Wildwood, NJ 08260, which is located within the 141 East Wildwood Avenue Condominium Association.

2. Creditor, 141 East Wildwood Avenue Condominium Association, holds a secured interest in the debtor's real property by way of a lien imposed by the Master Deed and By-laws which were recorded in the land records of the County of Camden, State of New Jersey.

3. Creditor, 141 East Wildwood Avenue Condominium Association, holds a secured interest in debtor's real property by way of a notice of lien claim for Lot 100 in the amount of $3,605.36 plus additional charges, including, but not limited to additional assessments, interest, attorney fees and costs of collection recorded in the land records of Camden County, New Jersey, on May 1, 2025. Creditor, 141 East Wildwood Avenue Condominium Association, holds a secured interest in debtor's real property by way of a notice of lien claim for Lot 101-102 in the amount of $6,093.72 plus additional charges, including, but not limited to additional assessments, interest, attorney fees and costs of collection recorded in the land records of Cape May County, New Jersey, on May 1, 2025.

4. The debtor's bankruptcy plan does not provide for payment of the secured amount due to our client. The amount due to 141 East Wildwood Avenue Condominium Association is $29,896.61. A proof of claim was filed with the Court on September 8, 2026.

Therefore, we object to the confirmation of the plan and ask that the plan be denied and this case dismissed. In the alternative, we ask that the debtor be ordered to modify his plan to provide for payment of the full amount due to creditor 141 East Wildwood Avenue Condominium Association.

Respectfully submitted,
SIMEONE & RAYNOR, LLC

Dated: September 8, 2026

*/s/ I. Dominic Simeone*
By: I. Dominic Simeone, Esquire
Attorneys for Creditor 141 East Wildwood Avenue Condominium Association