Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
KING BARNES, LLC
2600 New Road, Suite A
Northfield, NJ 08225
Tel: 609-522-7530
Fax: 609-522-7532
Email: rloefflad@king-barnes.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>LOLLIPOP RENTALS, LLC<br><br>Debtor. | CHAPTER 11<br><br>Case No. 26-19892<br><br>Judge: Hon. Andrew B. Altenburg, Jr., USBJ |

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor, LOLLIPOP RENTALS, LLC, through its undersigned counsel, files this corporate ownership statement, and does hereby certify the following:

Antoine Gardiner, an individual, is the sole owner and member of the Debtor, LOLLIPOP RENTALS, LLC. There are no corporate or other business entities that directly or indirectly hold a 10% or more membership or ownership interest in the Debtor, LOLLIPOP RENTALS, LLC.

Respectfully submitted,

KINGBARNES, LLC

______________________________
By: Robert A. Loefflad, Esquire