Form 170 − ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−19892−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lollipop Rentals, LLC
2301 Atlantic Avenue
Wildwood, NJ 08260

Social Security No.:

Employer's Tax I.D. No.:
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

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑ A Motion to Dismiss has been filed by Pamela Elchert Thurmond on behalf of LAW DEPT CITY OF PHILADELPHIA.

☐ An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

- ☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.
- ☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.
- ☐ The corporate debtor is self−represented.
- ☐ Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Andrew B. Altenburg Jr. on,

Date: 11/17/26
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: October 19, 2026
JAN: jld

Jeanne Naughton
Clerk