AMENDED

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

New Jersey District Of New Jersey

**In re**
Lollipop Rentals, LLC

**Debtor**

Case No. 26-19892
Chapter 11

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly Fees
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Undetermined

2. The source of the compensation paid to me was:

   ☐ Debtor ☑ Other (specify) Antoine Gardiner

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Preparation of Petition, Schedules and Chapter 13 Plan; Attendance at Meeting of Creditors and Confirmation Hearing, including adjournments of same; Review of Proofs of Claim; Motions to Reduce/Expunge Claims (as necessary)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Adversary Proceedings; Post confirmation stay relief motions, motions to dismiss, or certifications of default; Loss mitigation or loan modification services; Sale of real estate or other property; Appeals; Non-bankruptcy matters

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/19/2026
*Date*

/s/ Robert Loefflad
*Signature of Attorney*

King-Barnes, LLC
*Name of law firm*