UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PAMELA ELCHERT THURMOND
Senior Attorney
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
215-686-0588 (fax)
Email: Pamela.Thurmond@phila.gov

| | |
|---|---|
| In Re:<br><br>LOLLIPOP RENTAL, LLC | Case No.: 26-19892(ABA)<br><br>Judge: Altenburg<br><br>Hearing Date: 11/17/26 at 10am |

## AMENDED NOTICE OF MOTION TO DISMISS

The City of Philadelphia has filed papers with the court to dismiss the bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in his motion, or if you want the court to consider your views on the motion, you or your attorney must file with the clerk at the address below, a written response explaining your position no later than (7) days prior to the hearing date.

Hearing Date: 11/17/2026
Hearing Time: 10am
Hearing Location:
U.S. Bankruptcy Court
401 Market Street, 2nd Floor
Camden, NJ 08101
Courtroom Number: 4B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Pamela Elchert Thurmond
Senior Attorney
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102
Movant's counsel

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

Date: October 19, 2026

THE CITY OF PHILADELPHIA

By: *_/s/ Pamela Elchert Thurmond_*
PAMELA ELCHERT THURMOND
Senior Attorney
NJ Attorney # 00742006
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov