UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID No. 024791996
KingBarnes, LLC
2600 New Road
Northfield, New Jersey 08225
Tel (609) 522-7530
Email: rloefflad@kingbarnes.com

**Order Filed on October 21, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Lollipop Rentals, LLC

Case No.: 26-19892

Chapter: 11

Judge: ABA

**ORDER AUTHORIZING RETENTION OF**

Robert A. Loefflad

The relief set forth on the following page is **ORDERED**.

**DATED: October 21, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Robert A. Loefflad as Attorney for Debtor-in-Possession, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:
   KingBarnes, LLC
   2600 New Road
   Northfield, NJ 08225

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.