**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: Lollipop Rentals, LLC | Case No.: 26-19892-ABA |
| | Hearing Date: 10/22/2026 |
| | Chapter: 11 (Small Business Subchapter V) |
| | Judge: Altenburg |

**NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE**

**11 U.S.C. § 1188(a) STATUS HEARING:**

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:** **Status Conference**

**Location of Hearing:** Courtroom No. 4B
US Bankruptcy Court
400 Cooper Street

**Date and Time:** Camden, NJ 08101, or as soon thereafter as counsel may be heard.

**NOTE:** **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory *Local Form Subchapter V Status Report* can be found at www.njb.uscourts.gov under the "forms" tab.**

**11 U.S.C. § 1111(b) ELECTION DEADLINE:**

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended by further order of the Court.

**NOTICE**

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: 9/2/2026

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on Sept. 2, 2026 this notice was served on the following:
Debtor, attorney for debtor, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Chris Fowler
Deputy Clerk

*rev. 1/22/2024*

141 East Wildwood Avenue Condominium
Association, c/o Simeone & Raynor, LLC
7B North Main Street Suite 1
Medford, NJ 08055

Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

Antoine Gardiner
731 Dunwoody Drive
Springfield
PA 19064

Athene Annuity and Life Company
2121 Rosecrans Avenue
El Segundo, CA 90245

Avalon Funding, LLC
c/o Michael R. Ferrie, Registered Agent
350 Veterans Boulevard
Rutherford, NJ 07070

Avalon Funding, LLC
2001 Hamilton Street, Suite 928
Philadelphia, PA 19130

Avalon Funding, LLC
318 Main Street, Suite 201
Millburn, NJ 07041

City of Philadelphia
Tax Collector
1401 John F. Kennedy Blvd
Philadelphia, PA 19102

Costalianna Conway
5423 W. Berks Street
2nd Floor
Philadelphia, PA 19131

Daniel Morales
230 E. Burk Avenue
3rd Floor
Wildwood, NJ 08260

Early Out Investment
610 Simpson Avenue
Ocean City, NJ 08226

Edythe and Robert Mazer
8229 Stenton Avenue
Philadelphia, PA 19150

Eisenberg Gold & Agrawal PC
1040 N. Kings Highway, Suite 200
Cherry Hill, NJ 08034

Elizabeth Carabello
230 E. Burk Avenue
2nd Floor Right
Wildwood, NJ 08260

Emilce Estrada and Fausto Carrillo
230 E. Burk Avenue
2nd Floor Left
Wildwood, NJ 08260

Excel Financial Corp.
518 W. Lancaster Avenue
Haverford, PA 19041

Excel Financial Corp.
518 W. Lancaster Avenue
Haverford, PA 19041

FCR TL Trust
PO Box 67513
Newark, NJ 07101-8009

Friedman Vartolo, LLP
1628 John F. Kennedy Boulevard Suite 300
Philadelphia, PA 19103

Friedman, Schuman, P.C.
275 Commerce Drive, Suite 210
Fort Washington, PA 19034

HS Investment Funding, LLC
15 Paradise Plaza, #123
Sarasota, FL 34239

Hyperion Bank
199 W. Girard Avenue
Philadelphia, PA 19123

James Russell
230 E. Burk Avenue
Rear Building, 2nd Floor Right
Wildwood, NJ 08260

Jay E. Kivitz, Esquire
7901 Ogontz Avenue
Philadelphia, PA 19150

Jose Chavajay
230 E. Burk Avenue
1st Floor
Wildwood, NJ 08260

Kim Dean
5423 W. Berks Street
1st Floor
Philadelphia, PA 19131

Lighthouse Pointe Condominium Association
c/o Norman Briggs, Esquire
110 Roosevelt Boulevard
Marmora, NJ 08223

Mel & Deena Stein
8220 Stenton Avenue
Philadelphia, PA 19150

Mel and Deena Stein
8229 Stenton Avenue
Villanova, PA 19085

NQM Funding, LLC
4800 N. Federal Highway, Bldg E, Ste 200
Boca Raton, FL 33431

Nyeema Martin
7012 City Avenue
Philadelphia, PA 19151

Planet Home Lending
321 Research Parkway Suite 303
Meriden, CT 06450

Pro Cap 8 FBO Firstrust Bank
PO Box 774
Fort Washington, PA 19034-0774

Ramon Fuentes, Jr.
230 E. Burk Avenue
2nd Floor Back
Wildwood, NJ 08260

Robert and Edythe Mazer
8229 Stenton Avenue
Philadelphia, PA 19150

RTLS Holding Corporation
217 Ryers Avenue
Cheltenham, PA 19012

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Think Mortgage
1888 Hylan Boulevard, Suite 1
Staten Island, NY 10305

Think Mortgage, Inc.
1888 Hylan Boulevard, Suite 1
Staten Island, NY 10305

Timothy Hyduck
4315 Vista Street
Philadelphia, PA 19136-3626

Trystone Capital Assets, LLC
575 Route 70, 2nd Floor
PO Box 1030
Brick, NJ 08723

Virginia Sanchez Gonzales
124 W. Youngs Avenue
Wildwood, NJ 08260

Wilmington Savings Fund Society, FSB
c/o Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530