UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID 024791996
KingBarnes, LLC
2600 New Road
Northfield, New Jersey 08225
Tel (609) 522-7530
Fax (609) 522-7532
Email: rloefflad@kingbarnes.com

In Re:

Lollipop Rentals, LLC

Case No.: 26-19892

Chapter: 11

Adv. No.: ____________

Hearing Date: ____________

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, Andrea Axelson :

☐ represent ____________ in this matter.

☒ am the secretary/paralegal for Robert A. Loefflad, Esquire, who represents Debtor in this matter.

☐ am the ____________ in this case and am representing myself.

2. On 10/21/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Status Hearing and Section 1111(b) Election Deadline

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/21/2026

/s/ Andrea Axelson
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached mailing list | Creditors and other interested parties | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

141 East Wildwood Avenue Condominium
Association, c/o Simeone & Raynor, LLC
7B North Main Street Suite 1
Medford, NJ 08055

Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

Antoine Gardiner
731 Dunwoody Drive
Springfield
PA 19064

Athene Annuity and Life Company
2121 Rosecrans Avenue
El Segundo, CA 90245

Avalon Funding, LLC
c/o Michael R. Ferrie, Registered Agent
350 Veterans Boulevard
Rutherford, NJ 07070

Avalon Funding, LLC
2001 Hamilton Street, Suite 928
Philadelphia, PA 19130

Avalon Funding, LLC
318 Main Street, Suite 201
Millburn, NJ 07041

City of Philadelphia
Tax Collector
1401 John F. Kennedy Blvd
Philadelphia, PA 19102

Costalianna Conway
5423 W. Berks Street
2nd Floor
Philadelphia, PA 19131

Daniel Morales
230 E. Burk Avenue
3rd Floor
Wildwood, NJ 08260

Early Out Investment
610 Simpson Avenue
Ocean City, NJ 08226

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Anthony D. Giannascoli, Esquire
1820 Chapel Avenue, Suite 300
Cherry Hill, New Jersey 08002

Edythe and Robert Mazer
8229 Stenton Avenue
Philadelphia, PA 19150

Eisenberg Gold & Agrawal PC
1040 N. Kings Highway, Suite 200
Cherry Hill, NJ 08034

Elizabeth Carabello
230 E. Burk Avenue
2nd Floor Right
Wildwood, NJ 08260

Emilce Estrada and Fausto Carrillo
230 E. Burk Avenue
2nd Floor Left
Wildwood, NJ 08260

Excel Financial Corp.
518 W. Lancaster Avenue
Haverford, PA 19041

Excel Financial Corp.
518 W. Lancaster Avenue
Haverford, PA 19041

FCR TL Trust
PO Box 67513
Newark, NJ 07101-8009

Friedman Vartolo, LLP
1628 John F. Kennedy Boulevard Suite 300
Philadelphia, PA 19103

Friedman, Schuman, P.C.
275 Commerce Drive, Suite 210
Fort Washington, PA 19034

HS Investment Funding, LLC
15 Paradise Plaza, #123
Sarasota, FL 34239

Hyperion Bank
199 W. Girard Avenue
Philadelphia, PA 19123

James Russell
230 E. Burk Avenue
Rear Building, 2nd Floor Right
Wildwood, NJ 08260

Jay E. Kivitz, Esquire
7901 Ogontz Avenue
Philadelphia, PA 19150

Jose Chavajay
230 E. Burk Avenue
1st Floor
Wildwood, NJ 08260

Kim Dean
5423 W. Berks Street
1st Floor
Philadelphia, PA 19131

Lighthouse Pointe Condominium Association
c/o Norman Briggs, Esquire
110 Roosevelt Boulevard
Marmora, NJ 08223

Mel & Deena Stein
8220 Stenton Avenue
Philadelphia, PA 19150

Mel and Deena Stein
8229 Stenton Avenue
Villanova, PA 19085

NQM Funding, LLC
4800 N. Federal Highway, Bldg E, Ste 200
Boca Raton, FL 33431

Nyeema Martin
7012 City Avenue
Philadelphia, PA 19151

Planet Home Lending
321 Research Parkway Suite 303
Meriden, CT 06450

Pro Cap 8 FBO Firstrust Bank
PO Box 774
Fort Washington, PA 19034-0774

Ramon Fuentes, Jr.
230 E. Burk Avenue
2nd Floor Back
Wildwood, NJ 08260

Robert and Edythe Mazer
8229 Stenton Avenue
Philadelphia, PA 19150

Robertson, Anschutz, Schneid, Crane
& Partners, LLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004

Gary C. Zeitz, Esquire
Gary C. Zeitz, L.L.C.
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043

RTLS Holding Corporation
217 Ryers Avenue
Cheltenham, PA 19012

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Think Mortgage
1888 Hylan Boulevard, Suite 1
Staten Island, NY 10305

Think Mortgage, Inc.
1888 Hylan Boulevard, Suite 1
Staten Island, NY 10305

Timothy Hyduck
4315 Vista Street
Philadelphia, PA 19136-3626

Trystone Capital Assets, LLC
575 Route 70, 2nd Floor
PO Box 1030
Brick, NJ 08723

Virginia Sanchez Gonzales
124 W. Youngs Avenue
Wildwood, NJ 08260

Wilmington Savings Fund Society, FSB
c/o Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

Attn: Jeffrey M. Sponder, Esquire
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102

I. Domininic Simeone, Esquire
Simeone & Raynor, LLC
1522 Route 38
Cherry Hill, New Jersey 08002

City of Philadelphia Law Department
Tax Litigation & Collections Unit
1401 JFK Boulevard, 5th Floor, Room 580
Philadelphia, PA 19102-1595

McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S., Suite 300
Iselin, New Jersey 08830

Pallavi V. Bhave, Esquire
Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034