UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pallavi V. Bhave Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200
File No. SB-3075-S

In Re:
Lollipop Rentals, LLC

Case No.: 26-19892

Chapter: 11

Judge: Andrew B. Altenburg, Jr.

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Mel Stein and Deena Stein. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Pallavi V. Bhave, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/09/2026

/s/ Pallavi V. Bhave
Signature