Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
KING BARNES, LLC
2600 New Road, Suite A
Northfield, NJ 08225
Tel: 609-522-7530
Fax: 609-522-7532
Email: rloefflad@king-barnes.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>LOLLIPOP RENTALS, LLC<br><br>Debtor. | CHAPTER 13<br><br>Case No. 26-19892<br><br>Judge: Hon. Andrew B. Altenburg, Jr. USBJ |

**CERTIFICATION IN OPPOSITION TO MOTION TO DISMISS**

I, Antoine Gardiner, being of full age, hereby certify that:

1. I am the sole owner and member of the Debtor, Lollipop Rentals, LLC ("Lollipop").

2. I am submitting this certification in opposition to the motion to dismiss filed by the City of Philadelphia.

3. On August 18, 2022, Lollipop was incorporated as a domestic limited liability company in the State of New Jersey. See **Exhibit "A."**

4. Lollipop engages in the business of real estate investment and development.

5. On August 31, 2026, Lollipop filed for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code. See **Document No. 1.**

6. At the time of the bankruptcy filing, Lollipop owned the following parcels of real estate.



Doc ID: 94c0097e576cbe18b1117420fa403ce5e15a21bd

| **Property Address** | **Date of Purchase** | **Purchase Price** | **Current Estimated Value** | **Mortgages and Other Liens** | **Net Value** |
|---|---|---|---|---|---|
| | | | | | |
| 141 E. Wildwood Ave, Unit 100 Wildwood, NJ 08260 | 10/08/2024 | $150,000.00 | $150,000.00 | | $150,000.00 |
| 141 E. Wildwood Ave, Unit 101, 102 Wildwood, NJ 08260 | 12/12/2024 | $240,000.00 | $742,200.00 | $256,950.39 (also secured by Unit 100)<br><br>$ 29,896.61 (Condo Fees)<br><br>$ 18,562.61 (Tax Liens) | $436,790.39 |
| 224-226 E. Burk Ave, Wildwood, NJ 08260 (originally part of 230 E. Burk Ave) | 05/25/2023 | Included in purchase of 230 E. Burk Ave | $ 83,000.00 | $ 5,266.45 (Tax Lien) | $ 77,733.55 |
| 230 E. Burk Ave Wildwood, NJ 08260 | 05/25/2023 | $750,000.00 (including 224-226 E. Burk Ave) | $858,700.00 | $862,414.88 (Mortgage)<br><br>$ 50,196.98 (Tax Lien) | ($53,911.86) |
| 124 W. Youngs Ave, Wildwood, NJ 08260 | 04/14/2023 | $115,000.00 | $354,800.00 | $150,715.02 | $204,084.98 |
| 6156 W. Columbia Ave, Philadelphia PA 19151 | 05/12/2023 | $ 40,000.00 | $ 56,400.00 | $ 55,096.52 (Mortgage)<br><br>$ 2,487.14 (Tax Lien)<br><br>$ 164.53 (Water Lien) | ($ 1,348.19) |
| 7012 City Ave Philadelphia, PA 19151 | 10/19/2022 | $250,000.00 | $494,500.00 | $381,521.74 (Mortgage)<br><br>$ 2,114.04 (Water Lien) | $ 110,864.22 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5512 Larchwood Ave, Philadelphia PA 19143 | 10/31/2024 | $150,000.00 | $195,000.00 | $195,795.27 (Mortgage)<br><br>$ 6,378.98 (Tax Lien)<br><br>$ 2,970.36 (Water Lien) | ($ 3,765.63) |
| 1222 N. 59th Street Philadelphia, PA 19151 | 01/24/2025 | $100,000.00 | $175,000.00 | $161,170.00 (Mortgage)<br><br>$ 2,451.92 (Tax Lien)<br><br>$ 10,506.60 (Water Lien) | $ 871.48 |
| 5423 Berks Street Philadelphia, PA 19131 | 10/16/2024 | $125,000.00 | $228,000.00 | $ 178,500.00 (Est Mortgage)<br><br>$ 2,114.04 (Water Lien) | $ 38,385.96 |
| 8242 Michener Ave, Philadelphia PA 19150 | 10/15/2024 | $100,000.00 | $220,000.00 | $150,000.00 (Est Mortgage)<br><br>$ 3,719.85 (Tax Lien)<br><br>$ 1,090.91 (Water Lien) | $ 65,189.24 |
| 5878 Woodcrest Ave. Philadelphia PA 19131 | 11/21/2024 | $140,000.00 | $200,000.00 | $ 219,046.35 (Mortgage)<br><br>$ 6,990.92 (Tax Lien)<br><br>$ 11,809.73 (Water Lien) | ($ 37,847.00) |
| 5211 Arlington St Philadelphia, PA 19131 | 11/21/2024 | $140,000.00 | $200,000.00 | $140,000.00 (Est Mortgage)<br><br>$ 3,034.77 (Tax Lien)<br><br>$ 28.13 (Water Lien) | $ 56,937.10 |



Doc ID: 94c0097e576cbe18b1117420fa403ce5e15a21bd

7. Notably, Lollipop has **NEVER** filed for bankruptcy protection prior to the current bankruptcy proceeding.

8. None of the properties owned by Lollipop have ever been involved in a bankruptcy proceeding or been deemed Property of the Estate in any bankruptcy proceeding in any prior bankruptcy filing filed by me or any business owned or controlled by me.

7. I am the sole owner and member of several other business entities which engage in the business of real estate investment and development.

8. I have previously filed for bankruptcy protection under Chapter 11 of bankruptcy code as an individual; and several of my other businesses have also filed for bankruptcy protection under Chapter 11. All of these prior cases were filed in the Commonwealth of Pennsylvania.

9. The pending motion to dismiss is based on an Order entered in the bankruptcy court for the Eastern District of Pennsylvania. See **Exhibit "B."**

10. The Order dismissed three pending chapter 11 bankruptcy proceedings and barred future bankruptcy filings without leave of court. Specifically, the Order stated, in relevant part, "[D]ebtor Antoine Gardiner is **barred from filing another bankruptcy case, either individually or jointly with a spouse, or as principle (sic) to a company, without further leave of Court.**"

11. Notably, Lollipop was **NOT** a party to the three bankruptcy proceedings before the Pennsylvania Court; and none of the property currently owned by Lollipop was property of the estate in any of the three bankruptcy cases.

12. Admittedly, both myself individually and various business which I own or control have significant history of bankruptcy filings in the Pennsylvania bankruptcy courts.



Doc ID: 94c0097e576cbe18b1117420fa403ce5e15a21bd

13. The prior bankruptcy filings include the following:

| Debtor | Case Number | Filing Date | Dismissal Date |
|---|---|---|---|
| | | | |
| Antoine Gardiner | 15-15582 | 08/03/2015 | 08/17/2016 |
| Antoine Gardiner | 19-16478 | 10/15/2019 | 03/02/2021 |
| Antoine Gardiner | 25-12824 | 07/15/2025 | 11/17/2025 |
| Biz as Usual, LLC | 15-15040 | 07/15/2015 | 09/14/2016 |
| Biz as Usual, LLC | 19-16476 | 10/15/2019 | 04/28/2021 |
| Biz as Usual, LLC | 25-11985 | 05/20/2025 | 07/17/2025 |
| Major Events Group, LLC | 18-10112 | 01/08/2018 | 01/11/2018 |
| Major Events Group, LLC | 18-11123 | 02/20/2018 | 06/04/2020 |
| Wynnefield Multi Media, LLC | 19-11363 | 03/05/2019 | 04/05/2019 |
| Wynnefield Multi Media, LLC | 19-12380 | 04/12/2019 | 12/11/2019 |
| Bizness as Usual, LLC | 19-16477 | 10/15/2019 | 02/23/2021 |
| Bizness as Usual, LLC | 25-10551 | 02/11/2025 | 11/17/2025 |

14. I am attaching Schedule A from each of the above bankruptcy filings to show that none of the properties involved in the above cases overlap with the properties currently owned by Lollipop or constitute property of the estate in the current bankruptcy filing. See **Exhibit "C."**

15. Based on the above, it is submitted the Pennsylvania bankruptcy court lacked jurisdiction or authority to bar Lollipop Rentals, LLC, from filing the current bankruptcy proceeding.

**DECLARATION IN LIEU OF AFFIDAVIT PURSUANT TO 28 U.S.C § 1746**

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2026.

/s/ Antoine Gardiner
Antoine Gardiner



Doc ID: 94c0097e576cbe18b1117420fa403ce5e15a21bd

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Certification in Opposition to Motion.pdf |
| **File name** | 20261110182534873.pdf |
| **Document ID** | 94c0097e576cbe18b1117420fa403ce5e15a21bd |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **11 / 10 / 2026** 23:28:43 UTC | Sent for signature to Antoine Gardiner (gard701@gmail.com) by services@clio.com acting on behalf of rloefflad@king-barnes.com IP: 69.141.203.190 |
| VIEWED | **11 / 11 / 2026** 00:49:40 UTC | Viewed by Antoine Gardiner (gard701@gmail.com) IP: 69.239.113.40 |
| SIGNED | **11 / 11 / 2026** 00:49:57 UTC | Signed by Antoine Gardiner (gard701@gmail.com) IP: 69.239.113.40 |
| COMPLETED | **11 / 11 / 2026** 00:49:57 UTC | The document has been completed. |