UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Lollipop Rentals, LLC | Case No.: 26-19892<br><br>Chapter: 11<br><br>Judge: Altenburg |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 12, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of HS Investment Funding LLC for a reduction of time for a hearing on Motion to Dismiss, or in the Alternative, for Relief From Stay ____________________ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 17, 2026 at 10:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101
Courtroom No. 4B.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
UST, Debtor and their Attorney, Pamela Thurmond, and Anyone who filed a Notice of Appearance
(IMMEDIATE ELECTRONIC SERVICE)

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

________________________________________

________________________________________

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to UST, Debtor and their Attorney, Pamela Thurmond, and Anyone who filed a Notice of Appearance

☒ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ________ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*